## SWAIN v. STATE.
### No. 18771.

Court of Criminal Appeals of Texas.

Feb. 3, 1937.

Ray Holder and Lillian Oatis, both of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of an automobile is the offense; penalty assessed at confinement in the penitentiary for two years.

The record is before us without statement of facts or bills of exception.

No error having been perceived, the judgment is affirmed.